**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 24, 2011 | Probation: | Marcee Fox and Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00382-WYD;
10-cr-00531-WYD; and
03-cr-00467-WYD**

Counsel:

UNITED STATES OF AMERICA,                Susan "Zeke" Knox

       Plaintiff,

v.

**1.  MIGUEL SALAIS-DOMINGUEZ**,            John H. Schlie

       Defendant.

## SENTENCING

| | |
|---|---|
| **11:06 a.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - August 15, 2011, at 1:30 p.m.**<br>**Plea of Guilty - count one of Indictment in 10-cr-00382-WYD and one-count Information in 10-cr-00531-WYD.** |
| | APPEARANCES OF COUNSEL. |
| | Interpreter sworn (Spanish). |
| | Court's opening remarks. |
| 11:08 a.m. | Statement on behalf of Government (Ms. Knox). |
| 11:09 a.m. | Statement on behalf of Defendant (Mr. Schlie). |

| | |
|---|---|
| 11:10 a.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 11:13 a.m. | Statement and argument on behalf of Defendant (Mr. Schlie). |
| 11:25 a.m. | Statement by Defendant on his own behalf (Mr. Salais-Dominguez). |
| 11:26 a.m. | Statement on behalf of Probation (Mr. Kruck). |
| 11:27 a.m. | Statement on behalf of Defendant (Mr. Schlie). |
| 11:28 a.m. | Statement on behalf of Government (Ms. Knox). |

### 03-cr-00467-WYD - Supervised Release Violation Hearing

| | |
|---|---|
| 11:32 a.m. | Statement on behalf of Defendant admitting to violations (Mr. Schlie). |
| 11:36 a.m. | Statement on behalf of Probation (Mr. Kruck). |
| 11:38 a.m. | Statement on behalf of Government (Ms. Knox). |
| 11:41 a.m. | Statement on behalf of Defendant (Mr. Schlie). |
| 11:43 a.m. | Statement by Defendant on his own behalf (Mr. Salais-Dominguez). |
| | Court makes findings. |

### 10-cr-00382-WYD and 10-cr-00531-WYD - Sentencing Hearings

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #267 IN 10-cr-00382-WYD), filed October 11, 2011, is **GRANTED.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #108 in 10-cr-00531-WYD), filed October 11, 2011, is **GRANTED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #265 in 10-cr-00382-WYD), filed October 11, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #106 in 10-cr-00531-WYD), filed October 11, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:**     Defendant be **imprisoned** for **90** months on each of count one of Indictment in 10-cr-00382-WYD and count one of Information in 10-cr-00531-WYD, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at (.**

**ORDERED:**     Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **8** years as to count one of Indictment in 10-cr-00382-WYD and count one of Information in 10-cr-00531-WYD, to run concurrently,

**ORDERED:     Conditions** of **Supervised Release** are:

(X)     Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)     Defendant shall not commit another federal, state or local crime.

(X)     Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)     Defendant shall comply with standard conditions adopted by the Court.

(X)     Defendant shall not unlawfully possess a controlled substance.

(X)     The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)     The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:     Special Condition(s)** of **Supervised Release** are:

(X)     If not deported, the defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

(X)     If the defendant is deported, he shall not re-enter the United States illegally.  If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**     Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be

|  |  |
|---|---|
|  | paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Government's Motion to Dismiss Remaining Counts of Indictment as to Defendant Miguel Salais-Dominguez (ECF Doc. #266 IN 10-cr-00382-WYD), filed October 11, 2011, is **GRANTED.** |
|  | Order Dismissing Remaining Counts of Indictment as to Defendant Miguel Angel Cortez Only is **APPROVED BY THE COURT.** |
| **ORDERED:** | Government's Motion to Dismiss Remaining Counts of Indictment as to Defendant Miguel Salais-Dominguez (ECF Doc. #107 IN 10-cr-00531-WYD), filed October 11, 2011, is **GRANTED.** |
|  | Order Dismissing Remaining Counts of Indictment as to Defendant Miguel Angel Cortez Only is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |

### 03-cr-00467-WYD

|  |  |
|---|---|
|  | Court makes findings and finds that defendant has violated conditions of supervised release. |
| **ORDERED:** | Supervised release is **REVOKED.** |
| **ORDERED:** | Defendant be **imprisoned** for **35** months, to run concurrent to the terms of imprisonment imposed in 10-cr-00382-WYD and 10-cr-00531-WYD. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **11:57 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  :51**